UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HARRY DORSEY, ET AL.**                                                           **CIVIL ACTION**

**VERSUS**                                                                                **No. 18-6603**

**COURTNEY JAMAIR, ET AL**                                         **SECTION I**

### ORDER

It appears that the subject matter of the above-captioned case is related to that of *Zounda Lee, et al. v. Werner Enterprises Inc., et al.*, Civil Action No. 18-7284, before this Court.

Accordingly,

**IT IS ORDERED** that Civil Action No. 18-7284 is consolidated with the above-captioned matter. All pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel to jointly designate the documents necessary to the

continued litigation of the case and to file such designation and copies of the documents.

**IT IS FURTHER ORDERED** that, in conjunction with this consolidation, what was formerly Civil Action No. 18-7284 shall follow the dates and deadlines set forth in the scheduling order for the master case.[1]

**IT IS FURTHER ORDERED** that a status conference is scheduled in this case on **OCTOBER 15, 2018** at **9:00 A.M.**

New Orleans, Louisiana, October 3, 2018.

                                        _____
                                        **LANCE M. AFRICK
                                        UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 7.