UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARRY DORSEY AND<br>LESDREAKA DICKSON | CIVIL ACTION NO. 2:18-cv-06603<br>c/w 2:18-cv-7284<br>**REF: 6603 and 7284** |
| VERSUS | |
| | JUDGE:  LANCE M. AFRICK |
| COURTNEY JAMAIR, WERNER<br>ENTERPRISES, INC. OF NEBRASKA, AND<br>ACE AMERICAN INSURANCE COMPANY | MAGISTRATE:  MICHAEL NORTH |

## DEFENDANTS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel come Defendants, Courtney J. Smith, Werner Enterprises, Inc., and ACE American Insurance Company, who submit the following list of witnesses they may call and exhibits which may be offered at a trial of this matter, in accordance with this Honorable Court's Order:

### Witness List

1.   Harry Dorsey, plaintiff/defendant in counterclaim – facts of the alleged accident, injuries and treatment;

2.   Lesdreaka Dickson, plaintiff/defendant in counterclaim – facts of the alleged accident, injuries, and treatment;

3.   Michael Ruffin, plaintiff/defendant in counterclaim – facts of the alleged accident, injuries, and treatment;

4.   Zounda Lee, plaintiff/defendant in counterclaim – facts of the alleged accident, injuries, and treatment;

5.   Tasha Green, plaintiff/defendant in counterclaim- facts of the alleged accident, injuries, and treatment;

6.   Eric Lewis, plaintiff/defendant in counterclaim – facts of the alleged accident, injuries, and treatment;

7.   Raymond Riley, defendant in third party claim – facts of the alleged accident;

8.   Courtney Jamair Smith, defendant – facts of the alleged accident;

9.      A representative of Werner Enterprises, Inc., defendant/plaintiff in counterclaim and third-party claim;

10.     A representative of ACE American Insurance Company, defendant;

11.     A representative of Safeway – insurance coverage or lack thereof;

12.     A representative of GoAuto Insurance Company – insurance coverage or lack thereof;

13.     New Orleans Police Department, Investigating Officer, Justin McCubbins, badge No. 647 – alleged accident investigation;

14.     Zounda Lee – daughter of plaintiff, facts of the alleged accident/connections to similar accidents;

15.     Saqwana Brooks – facts of the alleged accident/connections to similar accidents;

16.     Douglas Boone – facts of the alleged accident/connections to similar accidents;

17.     Wallisha Francis – facts of the alleged accident/connections to similar accidents;

18.     Avionne Fields – facts of the alleged accident/connections to similar accidents;

19.     Quoshauna Francis – facts of the alleged accident/connections to similar accidents;

20.     Adonte Turner – facts of the alleged accident/connections to similar accidents;

21.     Tiffany Turner – facts of the alleged accident/connections to similar accidents;

22.     Marlene Kennedy – facts of the alleged accident/connections to similar accidents;

23.     Shirley Harris – facts of the alleged accident/connections to similar accidents;

24.     Charlotte Jones – facts of the alleged accident/connections to similar accidents;

25.     Dimitri Frazier – facts of the alleged accident/connections to similar accidents;

26.     Richard Turner – facts of the alleged accident/connections to similar accidents;

27.     Rashad Turner – facts of the alleged accident/connections to similar accidents;

28.     Juan Matthews – facts of the alleged accident/connections to similar accidents;

29.     Cornelius Garrison – facts of the alleged accident/connections to similar accidents;

30.     Ryan Harris – facts of the alleged accident/connections to similar accidents;

31.   Derrick King Thomas – facts of the alleged accident/connections to similar accidents;

32.   Vanessa Motta, Esq. - connections to similar accidents;

33.   Lionel Sutton, Esq. – connections to similar accidents;

34.   A representative of A&A Auto & Collision Center, LLC – alleged property damage;

35.   Jeremy Valley or a representative of Property Damage Appraisers New Orleans – alleged property damage;

36.   Loy Ernst or a representative of Total Medical Concepts – third party litigation funding;

37.   A representative of MedPort LA – third party litigation funding;

38.   Joe Schembre or a representative of J.S. Investigations – civil, criminal, and background search results as well as surveillance on plaintiffs and connections to similar accidents;

39.   Everett Gerard Robert, M.D. – neurosurgical expert, independent medical examination of plaintiff, Lesdreka Dickson;

40.   Kenneth Justin Boudreaux, Ph.D, Can M. Cliffe, CPA, or J. Stuart Wood, Ph.D. – expert economist;

41.   Nancy Frasesr Michalski, RN, BSN – expert medical bill audit concerning the reasonable value and costs associated with medical care rendered to plaintiffs;

42.   Richard V. Baratta, Ph.D., P.E. – expert in injury causation biomechanics and accident reconstruction;

43.   Ronnie J. Ducote, II, MHS, CRC, LRC, CLCP – expert life care plan assessment for plaintiff, Lesdreka Dickson;

44.   Wayne Winkler, ACTAR# 3066 – expert in accident reconstruction and connections to similar accidents;

45.   Any and all healthcare providers who may have rendered treatment to Plaintiffs,   before and/or after the alleged incident made the basis of this litigation;

46.   A representative of any insurance company that investigated Plaintiffs for fraudulent insurance claims;

47.   A representative of any and all insurance companies against whom Plaintiffs have filed any prior and/or subsequent claims;

48.     Any and all employers of Plaintiffs before, at the time of, and after the alleged incident made the basis of this litigation;

49.     Any of Defendants' experts, retained between now and the time of trial;

50.     Any and all individuals whose identity is learned throughout the course of discovery;

51.     Any and all individuals or witnesses listed and/or called by any other party;

52.     Any and all persons necessary to authenticate any document or tangible item; and

53.     Any individual necessary for impeachment or rebuttal.

Defendants reserve the right to amend/supplement the foregoing list.

<u>Exhibit List</u>

1.      A certified copy of the insurance policy number XSA HO9061289 issued by ACE American Insurance Company to Werner Enterprises, Inc. with effective dates 8/1/2017 to 8/1/2018;

2.      The body camera video of NOPD Officer Justin McCubbins' investigation of the alleged accident at issue;

3.      CARFAX Vehicle History Report for the 1997 Chevrolet C1500 with VIN 2GCEC19R9V1107970;

4.      CARFAX Vehicle History Report for the 2007 Nissan Sentra with VIN 3N1AB61E97L660243;

5.      Dr. Everett Robert's expert report, CV, fee sheet, and testimony list;

6.      Kenneth Justin Boudreaux, Ph.D, Can M. Cliffe, CPA, or J. Stuart Wood, Ph.D's expert report, CV, fee sheet, and testimony list;

7.      Nancy Michalski, RN, BSN's expert report, CV, fee sheet, and testimony list;

8.      Richard Baratta, Ph.D., P.E.'s expert report, CV, fee sheet, and testimony list;

9.      Ronnie J. Ducote, II, MHS, CRC, LRC, CLCP's expert report, CV, fee sheet, and testimony list;

10.     Wayne Winkler, ACTAR #3066's expert report, CV, fee sheet, and testimony list;

11.     Courtney Smith's employment file including driver qualification file from Werner with personal, private, and confidential information redacted;

12.     Listing of computer based training courses completed by Courtney Smith as well as the listing of quarterly safety meeting topics;

13.     Courtney Smith's driver logs for the 8 day cycle leading up to the subject incident;

14.     Dispatch records and Qualcomm messages and vehicle position history for the date of the subject incident;

15.     The trip envelope for the subject trip;

16.     The most recent registration certificate for the subject vehicle;

17.     News article concerning Michael Ruffin;

18.     Eric Lewis' driving history report;

19.     Eric Lewis' civil, criminal and traffic court records;

20.     Harry Dorsey's civil, criminal, and traffic court records;

21.     Lesdreka Dickson's civil, criminal, and traffic court records;

22.     Michael Ruffin's civil, criminal, and traffic court records;

23.     Title History report on Raymond Riley's vehicle;

24.     Raymond Riley's civil, criminal, and traffic court records;

25.     Tasha Green's civil, criminal, and traffic court records;

26.     Zounda Lee vehicle registration records;

27.     Zounda Lee's civil, criminal, and traffic court records;

28.     Surveillance videos of plaintiff's (to be produced after their depositions);

29.     Plaintiffs' social media records;

30.     The 911 audio recordings and incident details reports regarding the alleged accident at issue;

31.     Response to subpoena from USAA Casualty Insurance Company with records concerning Zounda Lee;

32.     Response to subpoena from Progressive Security Insurance Company with records concerning Zounda Lee;

33.     A certified copy of Lesdreka Dickson's DHH Mediciad records;

34.     A certified copy of Lesdreka Dickson's AmeriHealth Caritas Louisiana records;

35.     A certified copy of Sprint's phone records for (504) 284-9874;

36.     A certified copy of Metro PCS phone records for (504) 578-6699;

37.     A certified copy of Metro PCS phone records for (504) 804-8233;

38.     A certified copy of Metro PCS phone records for (504) 205-1879;

39.     A certified copy of Sprint's phone records for (504) 535-8171;

40.     A certified copy of T-Mobile's phone records for (504) 428-8185;

41.     A certified copy of T-Mobile's phone records for (469) 867-0628;

42.     Bus video of a motor vehicle accident on October 15, 2015 involving Cornelius Garrison;

43.     Any and all photographs and/or lists of "friends" associated with Tiffany Turner's four (4) Facebook profiles;

44.     Photograph posted on September 26, 2016 by Tiffany Turner on one of her Facebook profiles and comments made by Marlene Kennedy on that photograph posting;

45.     Any and all documents evidencing the representation of claimants involved in motor vehicle accidents with a commercial vehicle on the interstate in New Orleans by Motta Law, LLC and/or Lionel Sutton d/b/a Sutton Law Firm;

46.     GPS Hospitality Partners IV, LLC d/b/a Burger King Restaurant's response to subpoena;

47.     A certified copy of any and all petitions/complaints and accident reports for the following alleged accidents:

| # | Claimants | Commercial Company | Date of Accident | Location of Accident |
|---|-----------|--------------------|------------------|----------------------|
| 1 | Cornelius Garrison, III | Hotard Bus Lines | October 15, 2015 | Interstate 10 |
| 2 | Darnell Harris, Selita Harris, Leon Parker | Family Dollar Trucking | January 17, 2016 | Interstate 10 |
| 3 | Tijai Andrews, Tommy Hilliard, Jr., and Gilbert Baham | Dupuy Trucking | March 16, 2016 | Interstate 10 |
| 4 | Jerrica White, Kevin Potter, Tina Lacour, and Pinzeca Lacour | Oakley Trucking | March 22, 2016 | Interstate 10 |
| 5 | Darrin Covington, Louis Stevenson, Larry King, Jamal | Cardinal Logistics | April 30, 2016 | Interstate 10 |

| | | | | |
|---|---|---|---|---|
| | Hallel, Keishone Sterling, Enri Franklin, Sherman Brower, Walter Massey, Laquisha Sylvester, and Bobbie Henry | | | |
| 6 | Lawrence Robertson | | August 8, 2016 | Interstate 10 |
| 7 | Tremica Luchy, Cedric Carpenter and Jasmine Smith | UPS | November 14, 2016 | Interstate 510 |
| 8 | Mark Gilmore, Johnnie Trask, Curtis Sims, and Reginald Marsh | EZ Hotshot | November 16, 2016 | Alvar Street |
| 9 | Natasha Watts and Armond Butler | Dupre Logistics | November 28, 2016 | Interstate 10 |
| 10 | Rene Bertrand, Akshaykumar Solanki, and Rushaun Johnson | Rooms-To-Go | December 15, 2016 | Interstate 610 |
| 11 | Kent Parker, Lakeisha Parker, Teshana Jones and Beverly Heno | Wal-Mart | January 4, 2017 | Interstate 10 |
| 12 | Brittany Williams, Sonyaletha Dent, Jasmine Cheney | US Autologistics | January 9, 2017 | Interstate 10 |
| 13 | Derian Johnson, Sahvon Brown, David Turner, | Tyson Foods | January 23, 2017 | Downman and Chef |
| 14 | Trinese Jackson and Corey Bailey | TCI Trucking | January 26, 2017 | Alvar Street |
| 15 | Arthur Bourgeois, Delanie Grace, and David Grace | Kenan Transport | February 12, 2017 | US 90 |
| 16 | Sonya Dent Jones and April Jenkins | United Van Lines | February 26, 2017 | Interstate 610 |
| 17 | Cynthia Zilton, Jeraun Zilton, Paul Price and Ireoin Lewis | Gulf Transport | March 13, 2017 | Interstate 10 |
| 18 | Ryan Harris, De'Angelo Adams, Tara Blunt, Fran Bell, Willard Perry, Shantrica Carraby, and Jerome Clark | RLC Trucking | March 29, 2017 | Interstate 610 |
| 19 | Evelina Harris and Winthrop Carrie | Celadon Trucking | April 10, 2017 | Interstate 10 |
| 20 | Carl Morgan, Shirley Morgan, Daniel Harris, and Nyla Arnold | Surim Trucking Express | April 12, 2017 | Interstate 10 |
| 21 | Marlo Ard, Terrelle Carter, Raychelle Patterson and Dwayne Winins | Progressive Auto Transport | April 18, 2017 | Interstate 610 |
| 22 | Kierra Thomas, Antoine Clark, and Shirley Harris | God's Way Trucking | April 24, 2017 | Interstate 10 |
| 23 | Linda Harrison, Rose Mitchell, and Glenda Hulbert | Dupre Logistics | April 26, 2017 | Interstate 10 |
| 24 | Davida Reynolds, Tinielle Robinson, and Alexander Senmore | | April 28, 2017 | Interstate 10 |
| 25 | Ralphus Adams, Randy Harris, Morris Thompson, and Samara | Neier, Inc. | May 9, 2017 | Interstate 10 |

7

| | | | | |
|---|---|---|---|---|
| | Jefferson | | | |
| 26 | Shantay Watkins, George Berniard, Mervin Dolliole, Clinton Sordelet, Calvin Henderson, Lawrence Addison, Melvin Mitchell, Tariana Blunt, Laportia Moore, and David Perry | On-Site Fuel Service | May 16, 2017 | Interstate 10 |
| 27 | Otis Johnson and Anthony Washington | Transport Consultants | May 17, 2017 | US 90 |
| 28 | Demetra Henderson-Burkhalter, Gregory Offray, and Jacqueline Thompson | Wal-Mart | May 23, 2017 | Interstate 10 |
| 29 | Kendell Tyler, James Jackson | Empire Express | June 6, 2017 | Interstate 10 |
| 30 | Ciarra Williams, Willie Magee, Russell Harris, Dwayne Pierce, Johnny Marshall, Jenea Maxson, Lamyra Henry, Kimberly Anderson, Irvin Hadley, Shontae Cain, Joseph Henry, Aari Coston, and Ellery Evans | Cowan Systems | June 8, 2017 | Interstate 10 |
| 31 | Ruby Poole. Warren Poole and Robert Savage | US Xpress Enterprises | June 13, 2017 | Interstate 10 |
| 32 | Carl Jones, Freda Lois Jones, Jaelyn Jones | Dedicated Transportation | June 14, 2017 | Interstate 10 |
| 33 | Lehmoneisha Johnson, Gregory Williams, Charles Williams | UPS | June 21, 2017 | Interstate 510, Interstate 10 |
| 34 | Denzel Lee and Briane Grant | Tacan Transportation | June 25, 2017 | Interstate 10 |
| 35 | Reynard Nobles, Jasmine Howard, and Yolanda Jones | Nu-Way Specialized Services | June 27, 2017 | Interstate 10 |
| 36 | Charles Jones, Stephanie Johnson, Willie Butler, Ernest Johnson | UPS | July 6, 2017 | Interstate 10 |
| 37 | Georon Darensburg, Hugh Martin, Cortne Martin | UPS | July 16, 2017 | Interstate 10 |
| 38 | Ashiki Fulford and Tanisha Jones | UPS | July 17, 2017 | Interstate 10 |
| 39 | Renay Gardner, Victor Gardner, and Paul Clark | Werner | July 19, 2017 | Interstate 10 |
| 40 | Aaronne Simmons, Teresa Jefferson, Juan Matthews, Deoushia Jefferson, James Hinton | H.M. Davis Transport | July 23, 2017 | Interstate 10 |
| 41 | Dacha DeGruy, Devin DeGruy and Kimani Ramee | Penske | July 23, 2017 | Interstate 10 |
| 42 | Latoya Statum, Jason Peters, Sr., Jason Peters, Jr., and Rashaad | Quality Carrier | July 26, 2017 | Interstate 10 |

| | | Harris | | | |
|---|---|---|---|---|---|
| 43 | Harry Dorsey, Lesdreaka Dickson, Raymond Riley, Zounda Lee, Tasha Green, Eric Lewis, Michael Ruffin, and Lounda Lee | Werner | August 9, 2017 | Interstate 610 |
| 44 | Velma Whittey, Troy Locke, Tycoria Brown | Southern Intermodal | August 10, 2017 | Calliope St. at US 90 |
| 45 | Hilda Fobb, Trinette Smith, Juanisha Winchester, Ravaugh Harris, Precious Diaz, and Quintosha Wishem | Stericycle | August 15, 2017 | Interstate 10 |
| 46 | Margie Hendricks, Myrtis Hendricks Williams, Ortegas Coleman, Gueren Pedesclaux, Dwyane Johnson | Stericycle, Inc. | August 15, 2017 | Interstate 10 by 610 |
| 47 | Rosalie Williams, Jawayne Harrison, and Kim Chew | Dupre Logistics | August 26, 2017 | Interstate 10 |
| 48 | Antoine Hendricks, Corey Morton, Jr., Kardell Smth, Kathy Smith | Heniff Transportation | August 28, 2017 | Interstate 10 |
| 49 | Lynisha Reff, Lyndon Red, Sr., Tracy Harris, Lyschnine Williams | Werner | September 4, 2017 | Interstate 10 |
| 50 | Kyvonne Davis, Gregory Davis, Reco Williams | KAG Leasing | September 4, 2017 | Interstate 10 by 510 |
| 51 | Wilbert Reese and Marko Odds | Miller Transportation | September 5, 2017 | Interstate 610 |
| 52 | Melvin Colbert, Lakea Colbert, Cordero Washington, and Yaschia Washington | URS Midwest | September 7, 2017 | Interstate 10 |
| 53 | Lanell Smith and Demontre Smith | Seymour Transport | September 10, 2017 | Interstate 10 |
| 54 | Timothy Alexander, Brandon Berry, Sanaka Alexander, and Sahriyah Alexander | SAIS | September 13, 2017 | Interstate 10 |
| 55 | Cory Lain, Solomon Carter, and Zaneta Carter | Heniff Transportation | September 13, 2017 | Interstate 610 and I-10 |
| 56 | LaToya Barra, Willie Collins, Nia Gates, Tiawanka Sims | SEFL | September 20, 2017 | Interstate 10 |
| 57 | Lauren Dents, Daniel Clark | Tyson Foods | September 20, 2017 | Interstate 10 |
| 58 | Latoya Campbell, Patricia Campbell, Chervanti Hilton | Enterprise Logistics Services | September 25, 2017 | Interstate 10 |
| 59 | Terry Baham, Stephen Turner, Yalonda Stubbs | Lovorn & Lovorn Trucking | September 27, 2017 | Interstate 10 |

| 60 | Roshawn Nobles, Terrell Green, and Aaronika Johnson | Delta Trucking | October 1, 2017 | Interstate 510 |
|---|---|---|---|---|
| 61 | Reginald Jones, Jamel Toledano | McKoin Trucking | October 1, 2017 | US 90 |
| 62 | Kwantra Varnado, Herold Payne, Taj Varnado | DD Logistics | October 1, 2017 | Interstate 610 |
| 63 | Donald Charles, Richard Foster, Erica Darby and Mark Birden | Wiley Sanders Truck Lines | October 1, 2017 | Interstate 10 |
| 64 | Jerome Hart and Kierra Johnson, individually and o/b/o the minor, Elrieah Pero, Gervanda Gordon | FAF, Inc. | October 17, 2017 | Interstate 10 |
| 65 | Lance Goods, Herman Robinson, Sammie Lott | Northfield Transportation | October 23, 2017 | Interstate 10 |
| 66 | John Gibson and Shawn Martin | Martin Transportation | October 26, 2017 | Interstate 510 |
| 67 | Dimitri Frazier, Adonte Turner, Tiffany Turner | Whitestone Transportation | November 13, 2017 | Interstate 10 |
| 68 | Louis Roby and Derrick Roby | Slay Transportation | November 15, 2017 | Interstate 10 |
| 69 | Rashad Turner | Landwerlin Trucking | November 20, 2017 | Interstate 10 |
| 70 | Brianne Lott, Daraneika Williams, Roshika Hall, and Brianesha Lott | Airgas | November 26, 2017 | Interstate 10 |
| 71 | Reginald Robert, Derrick Benn, Marlene Alvis, Theresa Henry | Knight Transportation | November 28, 2017 | US 90 |
| 72 | Richard Turner, Taminika Shaul, and Derrick Thomas | Texas Freight Services | November 29, 2017 | Interstate 10 |
| 73 | Byron Charles, Meikee Bush, Ashley Marie Gray, Shalita Cambrice | CTS Transportation | December 3, 2017 | Interstate 10 |
| 74 | Kimmy Jacob, Romalis Jacob, and Lyndell Mims | Werner | December 28, 2017 | Interstate 10 |
| 75 | Terrion Hopkins, Romalis Williams, Sr., and Romalis Williams, Jr. | Anderson Trucking | April 11, 2018 | Interstate 610 |
| 76 | Danielle Anderson, Quinyatta Woods, and Tyatta Woods | Airgas | April 19, 2018 | Interstate 10 |
| 77 | Trinika Ross, Melvin Hendricks, Myrtis Williams, Victorian Williams | | August 1, 2018 | Interstate 10 |

48.   Any and all pleadings filed in this matter;

49.   Any and all written discovery requests and written responses to discovery with attachments;

50.     The transcripts of any and all depositions taken in this matter and exhibits attached thereto;

51.     Any photographs, videos, property damage estimates, maps, or diagrams concerning the vehicles involved and/or the scene or mechanism of the alleged accident at issue;

52.     Any and all subpoena responses;

53.     Any and all police reports or incident reports concerning the alleged accident at issue;

54.     Police accident reports pertaining to any prior or subsequent accidents and/or incidents involving Plaintiffs from any state or local agency;

55.     Any and all expert reports of experts identified in any party's witness list or those not identified that become known, and including any document used or reviewed by any expert;

56.     Any and all investigative documents generated by any party concerning the accident at issue;

57.     A certified copy of any and all medical records or films of any healthcare provider who treated Plaintiffs for any reason before or after the accident at issue;

58.     Any and all social media/social network website postings, comments, photographs, videos or other documentation concerning Plaintiffs and/or their friends and family members;

59.     Insurance claims files concerning any and all accidents/incidents involving Plaintiffs that occurred either before or after the subject accident including, but not limited to, liability claims and worker's compensation claims;

60.     Any and all surveillance video or records (to be produced after plaintiffs are deposed);

61.     Any evidence needed for impeachment purposes;

62.     Any record or report from each and every medical facility listed in Plaintiffs' discovery responses, Witness and Exhibit Lists and/or identified in any expert reports and/or in any way through discovery by any party;

63.     Any document used or introduced by any other party;

64.     Any document necessary for rebuttal; and

65.     Any document identified through continuing discovery and/or which becomes known at any time prior to trial.

Defendants reserve the right to supplement this list as discovery in this matter is ongoing.

Respectfully submitted:

**PERRIER & LACOSTE, LLC**

*s/Ralph J. Aucoin, Jr.*
**GUY D. PERRIER** (#20323)
**RALPH J. AUCOIN, JR.** (#31023)
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel: (504) 212-8820; Fax: (504) 212-8825
gperrier@perrierlacoste.com
raucoin@perrierlacoste.com
ATTORNEYS FOR DEFENDANTS,
COURTNEY JAMAIR, WERNER
ENTERPRISES, INC., AND ACE AMERICAN
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 28th day of December, 2018, at their last known address of record.

*s/Ralph J. Aucoin, Jr.*
**RALPH J. AUCOIN, JR.,** (#31023)