## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HARRY DORSEY AND | * | CIVIL ACTION |
| LESDREAKA DICKSON | * | |
| | * | NO. 2:18-cv-06603 c/w 18-7284 |
| Plaintiffs | * | REF: 18-6603 |
| | * | |
| VERSUS | * | SECTION: I-5 |
| | * | |
| JAMAIR COURTNEY, | * | JUDGE: LANCE M. AFRICK |
| WERNER ENTERPRISES, INC AND | * | |
| ACE AMERICAN INSURANCE COMPANY | * | MAGISTRATE: MICHAEL |
| | * | NORTH |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO COMPEL WERNER ENTERPRISES, INC., TO RESPOND TO PLAINTIFFS FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now into Court, through undersigned counsel, come Plaintiffs, Harry Dorsey ("Mr. Dorsey") and Lesdreaka Dickson ("Ms. Dickson"), who hereby move this Honorable Court for an order compelling Werner Enterprises, Inc. ("Werner"), to produce documents in response to Plaintiffs' Request for Production of Documents.

Despite a valid request pursuant to Federal Rule of Civil Procedure 34, Werner has refused to produce relevant and proportional documents to Plaintiffs, causing undue prejudice to the preparation of their claims and defenses to Defendants' counterclaim. Further, Werner has failed to produce a privilege log or state a valid basis for withholding the documents.

For all the reasons set forth more fully in the Memorandum in Support, this Court should grant Plaintiffs' Motion to Compel and issue an order mandating Werner produce the requested documents and pay reasonable expenses, including attorney fees, for its refusal to comply with the discovery request.

Respectfully Submitted,

PANDIT LAW FIRM, LLC


BY:     _/s/ Jason M. Baer_____
        **JASON M. BAER (# 31609)**
        **RAJAN PANDIT (#32215)**
        **CASEY C. DEREUS (# 37096)**
        **JOSHUA A. STEIN (# 37885)**
        701 Poydras Street, Suite 3950
        New Orleans, LA 70139
        Telephone: (504) 313-3800
        Facsimile: (504) 313-3820
        Email: jbaer@panditlaw.com
        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that copy of the above and foregoing pleading has been served upon counsel for all parties via CM/ECF Filer System, on this 2nd day of January, 2019


_____/s/ Jason M. Baer_____
JASON M. BAER