MINUTE ENTRY
AFRICK, J.
June 11, 2019
JS-10 00:40

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRY DORSEY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-6603 c/w 18-7284** |
| | **REF: 18-7284** |
| **COURTNEY JAMAIR, ET AL.** | **SECTION I** |

### ORDER

A status conference was held on this date, with counsel participating on behalf of all parties.

The Court and counsel discussed the ongoing criminal investigation by the U.S. Attorney's Office, which might involve this proceeding and/or counsel or potential trial witnesses. The Court finds that it is in the best interests of the parties, the Court, and the public to stay this proceeding until the criminal investigation has concluded. *See Dolan v. Parish of St. Tammany*, No. 12-2911, 2013 WL 3270616, at *6 (E.D. La. June 26, 2013) ("In determining whether to stay civil cases in the face of parallel criminal proceedings, courts consider 1) the overlap between the civil and criminal case; 2) the status of the criminal case; 3) private interests of the plaintiff; 4) private interest of the defendants; 5) the interests of the court; and 6) the public interest."). This stay will protect plaintiffs and/or other potential witnesses from any risks associated with testifying in this proceeding while the criminal investigation is pending. This stay is also in defendants' interests because proceeding to trial before

the criminal investigation concludes could result in defense witnesses invoking their Fifth Amendment privilege.

Accordingly,

**IT IS ORDERED** that the above-captioned matter is **STAYED** and **ADMINISTRATIVELY CLOSED**. Any party may reopen the case upon written motion demonstrating that the criminal investigation has concluded, at which time new dates and deadlines will be set.

**IT IS FURTHER ORDERED** that all motions pending before the undersigned and U.S. Magistrate Judge North are **DISMISSED WITHOUT PREJUDICE**, reserving to the parties the right to reurge any motions when the above-captioned matter is reopened.

New Orleans, Louisiana, June 11, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE